UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JUDITH NANNETTE FOSTER,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN ,<br>Acting Commissioner of Social Security[1],<br><br>Defendant. | Civil No. C12-1673-MAT<br><br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Based on Defendant's Second Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including April 19, 2013, to file Defendant's responsive brief; and

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Page 1    ORDER - [2:12-CV-01673-MAT]

- Plaintiff shall have up to and including May 3, 2013, to file a reply brief.

This is the third unopposed extension of time requested by the parties (one by plaintiff, and two by defendant). **Consequently, no additional extensions will be granted.**

DATED this <u>26th</u> day of March, 2013.

                                                                              /s/ Mary Alice Theiler
                                                                              Mary Alice Theiler
                                                                              United States Magistrate Judge

Presented by:

s/ Thomas M. Elsberry
THOMAS M. ELSBERRY
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2112
Fax: (206) 615-2531
thomas.elsberry@ssa.gov